**WILLIAM DANN, JR., v. LINDA C. DANN**

31 So. (2nd) 800             June Term, 1947
September 5, 1947              Division B

*Greene & Ayres* and *Frank R. Greene* for appellant.

*Charles A Savage* and *James M. Smith, Jr.,* for appellee.

BARNS, J.:

Upon stipulations between the parties it is ordered that this case stand remanded with leave to the Chancellor to proceed herein as on final hearing—the final decree heretofore entered notwithstanding—and to enter a final decree herein as in equity and law may appear to be meet and proper.

THOMAS, C. J., and BUFORD and ADAMS, JJ., concur.